IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KOUROSH HAMIDI,                      )
                                     )    2:10-cv-00694-GEB-EFB
          Plaintiff,                 )
                                     )
     v.                              )    ORDER DECLINING EXERCISE OF
                                     )    SUPPLEMENTAL JURISDICTION
LITTON LOAN SERVICE, LP; BANK OF     )    OVER PLAINTIFF'S STATE LAW
NEW YORK MELLON; OWNIT MORTGAGE      )    CLAIMS
SOLUTIONS, INC.; QUALITY LOAN        )
SERVICE; MORTGAGE ELECTRONIC         )
REGISTRATION SYSTEM, INC.; And       )
Does 1-10 inclusive,                 )
                                     )
          Defendants.                )
_____)
```

This case was removed to federal court on March 23, 2010, based on federal question jurisdiction. Subsequent to removal, Plaintiff filed a First Amended Complaint in which only state law claims are alleged. Therefore, the Court may <u>sua sponte</u> decide whether to continue exercising supplemental jurisdiction over Plaintiff's state claims. Under 28 U.S.C. § 1367(c)(3), a district court "may decline to exercise supplemental jurisdiction over a [state] claim" if "all claims over which it has original jurisdiction" have been dismissed. The court declines to continue exercising supplemental jurisdiction over

1 | Plaintiff's state claims.  Therefore, this case is remanded to the
2 | Superior Court of California, in Sacramento County, from which it was
3 | removed.

Dated: November 17, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge